Form 8
(10/05)

# United States Bankruptcy Court
## Eastern District of Tennessee

In re  **Harold Van Queen, Jr.**                                     Case No.
                                   Debtor(s)                         Chapter    **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

■  I have filed a schedule of assets and liabilities which includes debts secured by property of the estate.

■  I have filed a schedule of executory contracts and unexpired leases which includes personal property subject to an unexpired lease.

■  I intend to do the following with respect to property of the estate which secures those debts or is subject to a lease:

| Description of Secured Property | Creditor's Name | Property will be Surrendered | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be reaffirmed pursuant to 11 U.S.C. § 524(c) |
|---|---|---|---|---|---|
| **House/Lot located at 1406 Blue Forest Lane Maryville, TN 37803** | **Homecomings Financial** | | | | **X** |
| **House/Lot located at 1406 Blue Forest Lane Maryville, TN 37803** | **Wells Fargo** | | | | **X** |

| Description of Leased Property | Lessor's Name | Lease will be assumed pursuant to 11 U.S.C. § 362(h)(1)(A) |
|---|---|---|
| **cell phone contract - assume** | **US CELLULAR** | **X** |

Date  **September 26, 2008**                 Signature   **/s/ Harold Van Queen, Jr.**
                                                         **Harold Van Queen, Jr.**
                                                         Debtor

**IN THE UNITED STATES BANKRUPTCY COURT**
Eastern District of Tennessee

| | | |
|---|---|---|
| IN RE: | * | CASE NO.: |
| | * | |
| **Harold Van Queen, Jr.,** | * | |
| | * | CHAPTER:  **7** |
| | * | |
| | * | |
| Debtor | * | |

**CERTIFICATE OF SERVICE**

I certify that on this day, I served the following parties with a copy of the "Debtor's Statement of Intentions", by electronic case filing and/or by placing true copies of the same in the United States Mail with adequate postage affixed to insure delivery addressed to::

Patricia Foster
U.S. Trustee's Office
Howard H. Baker, Jr., U.S. Courthouse
800 Market Street Ste 114
Knoxville, TN 37902

Harold Queen, Jr.
1406 Blue Forest Lane
Maryville, TN 37803

Homecomings Financial
PO Box 9001719
Louisville KY  40290

Wells Fargo
P.O. Box 660217
Dallas TX  75266-0217

Dated: 9/22/2008

 /s/ Steven F. Crawford, 019067
Steven F. Crawford, 019067,
Attorneys for Debtor

Clark & Washington, P.C.
2606 Greenway Drive
Suite 105-640 N. BLDG
Knoxville, TN 37918
865-281-8084